# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

No. 1D17-2162

———————————————

LEO C. HOLLINGSWORTH, JR.,

   Petitioner,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

   Respondent.

———————————————

Petition for Writ of Certiorari—Original Jurisdiction.
Charles W. Dodson, Judge.

March 6, 2018

PER CURIAM.

   The petition for writ of certiorari is denied on the merits.

WETHERELL, MAKAR, and KELSEY, JJ., concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Leo C. Hollingsworth, Jr., pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Brett Coleman, Assistant Attorney General, Tallahassee, for Respondent.